# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0987

———————————————

A&J HOLDINGS, LLC,

 Petitioner,

 v.

CALYPSO TOWERS RESORT
COMMUNITY ASSOCIATION, INC.,
CALYPSO COA HOLDINGS, LLC,
THE CALYPSO GROUP, LLC, THE
CALYPSO DEVELOPERS I, LLC,
THE CALYPSO DEVELOPERS II,
LLC, THE CALYPSO DEVELOPERS
III, LLC,

 Respondents.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.

November 20, 2024

PER CURIAM.

The Court denies the June 5, 2024, motion to dismiss receiver as a party-participant. Further, the Court treats Petitioner's request for the lower tribunal to render a final judgment as a motion for an order granting the lower tribunal leave to render a final judgment. Fla. R. App. P. 9.040(c); Fla. R. App. P. 9.130(f).

Upon consideration of Petitioner's motion, the Court grants the motion and grants the lower tribunal leave to render any final order(s) necessary for disposing of the underlying cause, notwithstanding the pendency of Case No. 1D2024-1151. Because the petition for writ of mandamus sought to compel entry of a final judgment, the Court denies the petition as moot.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen Syfrett of Williams & Syfrett, PLLC, Panama City, for Petitioner.

Christine R. Davis of Davis Appeals, PLLC, Tallahassee; Matthew R. Cogburn of Cogburn Law Firm, P.A., Tampa; Craig B. Morris of Morris Law Firm, P.C., Point Clear, AL.; Mark F. Robens of Stichter, Riedel, Blain & Postler, P.A., Tampa; Jodi Daniel Dubose of Stichter, Riedel, Blain & Postler, P.A., Pensacola, for Respondents.